```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 17-01581-HWV
Bryson C Haubrick                                                       Chapter 13
Christeen M Haubrick
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1           User: CGambini                Page 1 of 2                  Date Rcvd: May 22, 2017
                               Form ID: ntcnfhrg             Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2017.
db/jdb         +Bryson C Haubrick,    Christeen M Haubrick,    702 South Main St,    Lewistown, PA 17044-2535
4910328        +AES/PHEAA,    PO Box 61047,    Harrisburg, PA 17106-1047
4910329         ARS,    PO Box 459079,    Sunrise, FL 33345-9079
4910330        +AT&T,    ERC,    PO Box 57547,    Jacksonville, FL 32241-7547
4910326        #+Aarons Sales & Lease Ownership,    309 E Paces Ferry,    Atlanta, GA 30305-2367
4913039        +Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
4910331        +Beneficial,    c/o Galaxy Asset Purchasing LLC,    4730 South Fort Apache Rd Ste 300,
                 Las Vegas, NV 89147-7947
4910332         Bernstein-Burkley PC,    Att Raymond P Wendolowski Jr,    Suite 2200 Gulf Tower Firm#718,
                 Pittsburgh, PA 15219
4910333        +Bureau Account Management,    PO Box 8875,    Camp Hill, PA 17001-8875
4910336         CBCS,    PO Box 2724,    Columbus, OH 43216-2724
4910338        +CNAC of State College Inc,    3510 West College Ave,    State College, PA 16801-2507
4910337        +Central Pennsylvania Endodontics,    240 S Burrowes Street,    State College, PA 16801-4008
4910341         Constellation New Energy,    c/o Credit Protection Assoc,    PO Box 9037,
                 Addison, TX 75001-9037
4910342         Convergent,    PO Box 9004,    Renton, WA 98057-9004
4910344         David C Holman DPM,    101 E Chestnut St,    Mifflinburg, PA 17844-9607
4910345        +Dept Ed/Naviet,    PO Box 9635,    Wilkes Barre, PA 18773-9635
4910346        +Dicks Home Care Inc,    224 North Logan Blvd,    Burnham, PA 17009-1850
4910347         Emergency Care Serv of PA PC,    3585 Ridge Park Drive,    Akron, OH 44333-8203
4910348        +Family Health Associates,    400 Highland Avenue,    Lewistown, PA 17044-1167
4910349        +Family Practice Center,    7 Dock Hill Rd,    Middleburg, PA 17842-8910
4910351        +First Energy/Penn Elec,    PO Box 6001,    Reading, PA 19610-0001
4910352         Foremost Insurance Company,    PO Box 0915,    Carol Stream, IL 60132-0915
4910356        +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
4910353        +Geisiner Medical Center,    PO Box 828518,    Philadelphia, PA 19182-8518
4916914         Geisinger Health System,    100 North Academy Ave,    Danville, PA 17822-4938
4910355         Geisinger Medical Center,    c/o Penn Credit,    PO Box 988,    Harrisburg, PA 17108-0988
4910358        +Halbruner Hatch & Guise LLP,    2109 Market Street,    Camp Hill, PA 17011-4723
4916437        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
4910360        +Heller Hoenstine Funeral Home,    200 N Main St,    Lewistown, PA 17044-1756
4910363        +Lance M Shellenberger,    6938 US Hwy 90A W,    Gonzales, TX 78629-6092
4910364        +Lewistown Ambulatory Care Corp,    400 Highland Avenue,    Lewistown, PA 17044-1167
4910365        +Lewistown Health & Fitness,    109 S Plaza Dr,    Lewistown, PA 17044-2138
4910366        +Lewistown Hospital,    c/o Bureau of Account Management,    3607 Rosemont Ave Ste 50,
                 Camp Hill, PA 17011-6943
4910368        +Mifflin County OB/GYN,    130 Highland Ave Ext,    Lewistown, PA 17044-1331
4910369         National Recovery,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4910370        +Office of Attorney General,    Collections Unit,    14th Flr Strawberry Square,
                 Harrisburg, PA 17120-0001
4911153        +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4910372         Penelec,    PO Box 16001,    Reading, PA 19612-6001
4910373        +Penn Anesthesia Services PC,    118 North Bedford Road Ste 200,    Mount Kisco, NY 10549-2555
4910374         Penn Credit,    916 S 14th St,    PO Box 988,    Harrisburg, PA 17108-0988
4910375         PennCredit Corp,    916 S 14th St,    PO Box 988,    Harrisburg, PA 17108-0988
4910377        +R P Malhotra MD PC,    18 North Main St,    Lewistown, PA 17044-1714
4910378         Steele's Storage,    147 Sunset Ave,    Pleasant Gap, PA 16823-3526
4910381        +Verizon,    National Recovery Operations,    PO Box 26055,    Minneapolis, MN 55426-0055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4910327        +E-mail/Text: bankruptcydepartment@tsico.com May 22 2017 19:10:41      ADT Security Services Inc,
                 c/o Transworld Systems Inc,    PO Box 17205,    Wilmington, DE 19850-7205
4910334        +E-mail/Text: notices@burt-law.com May 22 2017 19:10:43      Burton Neil & Associates,
                 1060 Andrew Dr Suite 170,    West Chester, PA 19380-5600
4910335         E-mail/PDF: gecsedi@recoverycorp.com May 22 2017 19:03:43      Care Credit/Synchrony Bank,
                 Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
4910339        +E-mail/Text: DATA@COLLECTIONCENTERIND.COM May 22 2017 19:10:43      Collection Center,
                 PO Box 8666,    Lancaster, PA 17604-8666
4910340         E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 22 2017 19:10:36
                 Comcast Cable,    PO Box 3006,    Southeastern, PA 19398-3006
4910343        +E-mail/Text: JCAP_BNC_Notices@jcap.com May 22 2017 19:10:28      Corinthian Colleges,
                 c/o Jefferson Capital Systems,    PO Box 7999,    Saint Cloud, MN 56302-7999
4910350        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 22 2017 19:10:43
                 Farmers Insurance Group,    c/o Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
4910354        +E-mail/Text: bnc-capio@quantum3group.com May 22 2017 19:10:19      Geisinger Lewistown Hospital,
                 c/o Capio Partners LLC,    PO Box 3778,    Sherman, TX 75091-3778
4910357         E-mail/Text: bankruptcy@hraccounts.com May 22 2017 19:10:02      H&R Accounts Inc,
                 7017 John Deere Parkway,    PO Box 672,    Moline, IL 61266-0672
4910359        +E-mail/Text: bankruptcy.notices@hdfsi.com May 22 2017 19:10:39      Harley Davidson Credit Corp,
                 assignee Eaglemark Savings Bank,    3850 Arrowhead Drive,    Carson City, NV 89706-2016
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4910361        E-mail/Text: cio.bncmail@irs.gov May 22 2017 19:10:07      Internal Revenue Service,
                Centralized Insolvency Operations,   PO Box 7346,   Philadelphia, PA 19101-7346
4910367       +E-mail/Text: bankruptcydpt@mcmcg.com May 22 2017 19:10:21      Midland Funding LLC,
                8875 Aero Drive,   San Diego, CA 92123-2255
4912888        E-mail/PDF: cbp@onemainfinancial.com May 22 2017 19:03:47      ONEMAIN,   P.O. BOX 3251,
                EVANSVILLE, IN 47731-3251
4910371        E-mail/PDF: cbp@onemainfinancial.com May 22 2017 19:03:30      OneMain Financial,
                Personal Bankruptcy Dept,   PO Box 6042,   Sioux Falls, SD 57117-6042
4910376       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 22 2017 19:10:43
                Progressive Insurance Company,   c/o Credit Collection,   PO Box 607,   Norwood, MA 02062-0607
4910379        E-mail/Text: bkrcy@ugi.com May 22 2017 19:10:40      UGI Central Penn Gas,   PO Box 15426,
                Wilmington, DE 19886-5426
4910380        E-mail/Text: skorman@uoc.com May 22 2017 19:10:41      University Orthopedics Center,
                101 Regent Court,   State College, PA 16801-7965
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
4910362      ##+Keystone Credit Collection,    PO Box 686,   Lock Haven, PA 17745-0686
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Michael  Johnston    on behalf of Joint Debtor Christeen M Haubrick jzmlawbecky@nmax.net
              Michael  Johnston    on behalf of Debtor Bryson C Haubrick jzmlawbecky@nmax.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Bryson C Haubrick | Chapter 13 |
| Christeen M Haubrick | |
| aka Christeen M Smith, aka Christeen M Harding | Case No. 1:17−bk−01581−HWV |
| Debtor(s) | |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor and Joint Debtor is scheduled for the date indicated below.

**June 21, 2017** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 26, 2017<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CGambini |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 22, 2017 |