UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 17-01581-HWV-

Christeen M Haubrick and Bryson C Haubrick  Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096


By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 19, 2017 :

Michael Johnston
PO Box O
Mifflin, PA 17058

Charles J. DeHart III
8125 Adams Drive
Suite A
Hummelstown, PA 17036

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx97966 / 925466