## Becky Hess

| | |
|---|---|
| **From:** | <USBankruptcyCourts@noticingcenter.com> |
| **Date:** | Tuesday, May 23, 2017 12:27 PM |
| **To:** | <jzmlawbecky@nmax.net> |
| **Attach:** | B_P11701581pdf0020095.PDF |
| **Subject:** | U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Bryson C Haubrick, Case Number: 17-01581, HWV, Ref: [p-108066017] |

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

May 24, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Bryson C Haubrick, Case Number 17-01581, HWV

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Ronald Reagan Federal Building
PO Box 908
Harrisburg, PA 17108**

---

Undeliverable Address:
Keystone Credit Collection
PO Box 686
Lock Haven, PA 17745

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 707, RICHLAND PA 17087-0707 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

5/23/2017

Keystone Credit Collection, PO Box 707, Richland, PA 17087-0707

_____    6/21/17
Signature of Debtor or Debtor's Attorney    Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

5/23/2017