UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 13 Bankruptcy |
| | : | |
| BRYSON C. HAUBRICK and | : | |
| CHRISTEEN M. HAUBRICK, | : | |
| aka CHRISTEEN M. HAUBRICK | : | |
| aka CHRISTEEN M. SMITH, | : | |
| | : | No. 1-17-bk-01581-HWV |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Michael Johnston, Esquire attorney for the Debtors hereby certify that I am over the age of 18, and that on *August 7, 2017* I electronically filed the Motion to Pay Trustee Through Voluntary Wage Attachment using the CM/ECF system which sent notification of such filing to the following Filling Users at the following e-mail address:

Charles J. Dehart, III (Trustee): dehartstaff@ramapo.com
United States Trustee: ustpregion03.ha.ecf@usdoj.gov

I hereby certify that I have this day, *August 8, 2017*, served a true and correct copy of the Motion to Pay Trustee Through Voluntary Wage Attachment by first-class mail, postage prepaid addressed to the following parties:

Spherion Staffing
Attn: Payroll Dept.
2901 East College Ave, Ste. 969
State College, PA 16801

JOHNSTON & ZAGURSKIE, PC

By: /s/ Michael Johnston
**Michael Johnston, Esquire**
**Attorney ID No 16823**
**117 Main Street, P.O. Box 0**
**Mifflin, PA 17058**
**(717) 436-8044**
**Attorney for Debtors**