UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE                                          :    Chapter 13 Bankruptcy
                                               :
BRYSON C. HAUBRICK and                         :
CHRISTEEN M. HAUBRICK,                         :
aka CHRISTEEN M. HAUBRICK                      :
aka CHRISTEEN M. SMITH,                        :
                                               :    No. 1-17-bk-01581-HWV
             Debtors                           :

# AMENDED CERTIFICATE OF SERVICE

I, Michael Johnston, Esquire attorney for the Debtors hereby certify that I am over the age of 18, and that this day I electronically filed the Amended Motion to Pay Trustee Through Voluntary Wage Attachment using the CM/ECF system which sent notification of such filing to the following Filling Users at the following e-mail address:

   Charles J. Dehart, III (Trustee): dehartstaff@ramapo.com
   United States Trustee: ustpregion03.ha.ecf@usdoj.gov

I hereby certify that I have this day served a true and correct copy of the Amended Motion to Pay Trustee Through Voluntary Wage Attachment by first-class mail, postage prepaid addressed to the following parties:

| | |
|---|---|
| Spherion Staffing<br>Attn: Payroll Dept.<br>5 Corporate Dr., Ste 101<br>Bedford, PA 15522 | Bryson C. Haubrick<br>702 S. Main Street<br>Lewistown, PA 17044 |
| Christeen M. Haubrick<br>702 S. Main Street<br>Lewistown, PA 17044 | |

JOHNSTON & ZAGURSKIE, PC

Date: 9/13/2017          By:   /s/ Michael Johnston
                               **Michael Johnston, Esquire**
                               **Attorney ID No 16823**
                               **117 Main Street, P.O. Box 0**
                               **Mifflin, PA 17058**
                               **(717) 436-8044**
                               **Attorney for Debtors**