```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 17-01581-HWV
Bryson C Haubrick                                         Chapter 13
Christeen M Haubrick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: CGambini        Page 1 of 1        Date Rcvd: Sep 18, 2017
                          Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2017.
+Spherion Staffing,   Attn Payroll Dept,   5 Corporate Dr Ste 101,   Bedford, PA 15522-7982

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Michael Johnston    on behalf of Joint Debtor Christeen M Haubrick jzmlawbecky@nmax.net
              Michael Johnston    on behalf of Debtor Bryson C Haubrick jzmlawbecky@nmax.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN RE : Chapter 13 Bankruptcy
BRYSON C. HAUBRICK and :
CHRISTEEN M. HAUBRICK, :
aka CHRISTEEN M. HAUBRICK :
aka CHRISTEEN M. SMITH, : No. 1-17-bk-01581-HWV
Debtors :

## AMENDED ORDER

Upon consideration of the above-named Debtor having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is hereby

ORDERED that until further Order of this Court, the entity from who the Debtor, Bryson C. Haubrick, receives income from:

SPHERION STAFFING
ATTN: PAYROLL DEPT.
5 CORPORATE DRIVE, SUITE 101
BEDFORD, PA 15522

deduct from said Debtor's income of $158.01 from each weekly paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to the above Debtor and to remit the deductible sum to

CHARLES J. DEHART, III, ESQUIRE
POST OFFICE BOX 7005
LANCASTER, PA 17604

IT IS FURTHER ORDERED that the employer from who the Debtor receives income shall notify the Trustee if the Debtor's income is terminated and that reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues to be paid to the Debtor in accordance with usual payment procedure.

**IT IS FURTHER ORDERED that the employer will place the case number (found at the top of this Order) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.**

IT IS FURTHER ORDERED that this Order supersedes previous ordered made to the subject entity in this case.

IT IS FURTHER ORDERED that this Order will terminate without further Order five (5) years from the date of this Order, if it is not terminated by an earlier Order from this Court.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Bankruptcy Judge (LS)

Dated: September 18, 2017