# JOHNSTON & ZAGURSKIE, PC
## ATTORNEYS AT LAW
### 117 MAIN STREET
### P.O. BOX 0
### MIFFLIN, PA 17058

Michael "Doc" Johnston, Esq.
Donald K. Zagurskie, Esq.
Donis H. Zagurskie, Esq.

Area Code 717
Telephone 436-8044
Fax 436-2722

September 25, 2017

Clerk, U.S. Bankruptcy Court
P.O. Box 908
Harrisburg, PA 17108

  RE: Bryson C. & Christeen M. Haubrick
     Case No. 1-17-bk-01581-HWV

Dear Clerk:

I am writing to advise of an address change for the following creditor:

**Old Address:**

Aarons Sales & Lease Ownership
309 E Paces Ferry
Atlanta, GA 30305-2367

**New Address:**

Aarons Sales & Lease Ownership
400 Galleria Pkwy SE Suite 300
Atlanta, GA 30339-3182

Very truly yours,

Michael Johnston
Attorney

MJ:bbh