UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRYSON C HAUBRICK
CHRISTEEN M HAUBRICK
AKA: CHRISTEEN M HARDING,    CHAPTER 13
CHRISTEEN M SMITH

   Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   Movant                         CASE NO: 1-17-01581-HWV

BRYSON C HAUBRICK
CHRISTEEN M HAUBRICK
AKA: CHRISTEEN M HARDING,
CHRISTEEN M SMITH

   Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on January 3, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 3, 2018, the Debtor(s) is/are $3362.24 in arrears with a plan payment having last been made on Nov 28, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                                        Respectfully Submitted,
                                                        /s/ Liz Joyce
                                                        for Charles J. DeHart, III, Trustee
                                                        8125 Adams Drive, Suite A
                                                        Hummelstown, PA 17036
                                                         Phone: (717) 566-6097

Dated: January 3, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: BRYSON C HAUBRICK
CHRISTEEN M HAUBRICK
AKA: CHRISTEEN M
HARDING, CHRISTEEN M
SMITH

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-17-01581-HWV

BRYSON C HAUBRICK
CHRISTEEN M HAUBRICK
AKA: CHRISTEEN M HARDING,
CHRISTEEN M SMITH

    Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on January 3, 2018.

MICHAEL JOHNSTON, ESQUIRE
P.O. BOX O
117 MAIN STREET
MIFFLIN, PA  17058

BRYSON C HAUBRICK
CHRISTEEN M HAUBRICK
702 SOUTH MAIN ST
LEWISTOWN, PA  17044

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  January 3, 2018