```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 17-01581-HWV
Bryson C Haubrick                                                   Chapter 13
Christeen M Haubrick
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini              Page 1 of 2            Date Rcvd: Jan 04, 2018
                              Form ID: pdf010             Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2018.
db/jdb         +Bryson C Haubrick,    Christeen M Haubrick,    702 South Main St,   Lewistown, PA 17044-2535
4910328        +AES/PHEAA,    PO Box 61047,    Harrisburg, PA 17106-1047
4910329         ARS,    PO Box 459079,    Sunrise, FL 33345-9079
4910330        +AT&T,    ERC,   PO Box 57547,    Jacksonville, FL 32241-7547
4910326         Aarons Sales & Lease Ownership,    400 Galleria Pkwy SE Suite 300,    Atlanta, GA 30339-3182
4913039        +Americredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
4910331        +Beneficial,    c/o Galaxy Asset Purchasing LLC,    4730 South Fort Apache Rd Ste 300,
                 Las Vegas, NV 89147-7947
4910332         Bernstein-Burkley PC,    Att Raymond P Wendolowski Jr,    Suite 2200 Gulf Tower Firm#718,
                 Pittsburgh, PA 15219
4910333        +Bureau Account Management,     PO Box 8875,    Camp Hill, PA 17001-8875
4910336         CBCS,    PO Box 2724,    Columbus, OH 43216-2724
4910338        +CNAC of State College Inc,    3510 West College Ave,    State College, PA 16801-2507
4910337        +Central Pennsylvania Endodontics,     240 S Burrowes Street,    State College, PA 16801-4008
4910341         Constellation New Energy,    c/o Credit Protection Assoc,    PO Box 9037,
                 Addison, TX 75001-9037
4910342         Convergent,    PO Box 9004,    Renton, WA 98057-9004
4910344         David C Holman DPM,    101 E Chestnut St,    Mifflinburg, PA 17844-9607
4910345        +Dept Ed/Naviet,    PO Box 9635,    Wilkes Barre, PA 18773-9635
4910346        +Dicks Home Care Inc,    224 North Logan Blvd,    Burnham, PA 17009-1850
4910347         Emergency Care Serv of PA PC,    3585 Ridge Park Drive,    Akron, OH 44333-8203
4910348        +Family Health Associates,    400 Highland Avenue,    Lewistown, PA 17044-1167
4910349        +Family Practice Center,    7 Dock Hill Rd,    Middleburg, PA 17842-8910
4910351        +First Energy/Penn Elec,    PO Box 6001,    Reading, PA 19610-0001
4910352         Foremost Insurance Company,    PO Box 0915,    Carol Stream, IL 60132-0915
4910356        +GM Financial,    PO Box 181145,    Arlington, TX 76096-1145
4910353        +Geisiner Medical Center,    PO Box 828518,    Philadelphia, PA 19182-8518
4916914         Geisinger Health System,    100 North Academy Ave,    Danville, PA 17822-4938
4910355         Geisinger Medical Center,    c/o Penn Credit,    PO Box 988,   Harrisburg, PA 17108-0988
4910358        +Halbruner Hatch & Guise LLP,    2109 Market Street,    Camp Hill, PA 17011-4723
4916437        +Harley-Davidson Credit Corp.,    PO Box 9013,    Addison, Texas 75001-9013
4910360        +Heller Hoenstine Funeral Home,    200 N Main St,    Lewistown, PA 17044-1756
4910362         Keystone Credit Collection,    PO Box 707,    Richland, PA 17087-0707
4910363        +Lance M Shellenberger,    6938 US Hwy 90A W,    Gonzales, TX 78629-6092
4910364        +Lewistown Ambulatory Care Corp,     400 Highland Avenue,    Lewistown, PA 17044-1167
4910365        +Lewistown Health & Fitness,    109 S Plaza Dr,    Lewistown, PA 17044-2138
4910366        +Lewistown Hospital,    c/o Bureau of Account Management,    3607 Rosemont Ave Ste 50,
                 Camp Hill, PA 17011-6943
4910368        +Mifflin County OB/GYN,    130 Highland Ave Ext,    Lewistown, PA 17044-1331
4910369         National Recovery,    2491 Paxton Street,    Harrisburg, PA 17111-1036
4910370        +Office of Attorney General,    Collections Unit,    14th Flr Strawberry Square,
                 Harrisburg, PA 17120-0001
4947142        +Penelec,    FirstEnergy,    101 Crawfords Corner Rd,    Bldg 1 Ste 1-511,   Holmdel, NJ 07733-1976
4910372         Penelec,    PO Box 16001,    Reading, PA 19612-6001
4910373        +Penn Anesthesia Services PC,    118 North Bedford Road Ste 200,     Mount Kisco, NY 10549-2555
4910374         Penn Credit,    916 S 14th St,    PO Box 988,   Harrisburg, PA 17108-0988
4910375         PennCredit Corp,    916 S 14th St,    PO Box 988,   Harrisburg, PA 17108-0988
4910377        +R P Malhotra MD PC,    18 North Main St,    Lewistown, PA 17044-1714
4910378         Steele's Storage,    147 Sunset Ave,    Pleasant Gap, PA 16823-3526
4973558         US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
4910381        +Verizon,    National Recovery Operations,    PO Box 26055,    Minneapolis, MN 55426-0055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2018 19:01:24
                 PRA Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
4910327        +E-mail/Text: bankruptcydepartment@tsico.com Jan 04 2018 18:56:10     ADT Security Services Inc,
                 c/o Transworld Systems Inc,    PO Box 17205,   Wilmington, DE 19850-7205
4910334        +E-mail/Text: notices@burt-law.com Jan 04 2018 18:56:13    Burton Neil & Associates,
                 1060 Andrew Dr Suite 170,    West Chester, PA 19380-5600
4910335         E-mail/PDF: gecsedi@recoverycorp.com Jan 04 2018 18:55:01    Care Credit/Synchrony Bank,
                 Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
4910339        +E-mail/Text: DATA@COLLECTIONCENTERIND.COM Jan 04 2018 18:56:12     Collection Center,
                 PO Box 8666,   Lancaster, PA 17604-8666
4910340         E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 04 2018 18:56:08
                 Comcast Cable,    PO Box 3006,   Southeastern, PA 19398-3006
4910343        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 04 2018 18:56:05    Corinthian Colleges,
                 c/o Jefferson Capital Systems,    PO Box 7999,   Saint Cloud, MN 56302-7999
4910350        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 04 2018 18:56:12
                 Farmers Insurance Group,    c/o Credit Collection Services,    725 Canton Street,
                 Norwood, MA 02062-2679
4910354        +E-mail/Text: bnc-capio@quantum3group.com Jan 04 2018 18:56:01    Geisinger Lewistown Hospital,
                 c/o Capio Partners LLC,    PO Box 3778,    Sherman, TX 75091-3778
```

```
District/off: 0314-1          User: CGambini              Page 2 of 2                  Date Rcvd: Jan 04, 2018
                              Form ID: pdf010             Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4910357         E-mail/Text: bankruptcy@hraccounts.com Jan 04 2018 18:55:53      H&R Accounts Inc,
                 7017 John Deere Parkway,    PO Box 672,    Moline, IL 61266-0672
4910359        +E-mail/Text: bankruptcy.notices@hdfsi.com Jan 04 2018 18:56:09      Harley Davidson Credit Corp,
                 assignee Eaglemark Savings Bank,    3850 Arrowhead Drive,    Carson City, NV 89706-2016
4910361         E-mail/Text: cio.bncmail@irs.gov Jan 04 2018 18:55:55      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
4957899         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 04 2018 18:56:06      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
4957319         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 04 2018 19:01:05
                 LVNV Funding, LLC its successors and assigns as,    assignee of GE Money Bank,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4955826        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 04 2018 18:56:02      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
4910367        +E-mail/Text: bankruptcydpt@mcmcg.com Jan 04 2018 18:56:02      Midland Funding LLC,
                 8875 Aero Drive,    San Diego, CA 92123-2255
4912888         E-mail/PDF: cbp@onemainfinancial.com Jan 04 2018 19:01:05      ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
4910371         E-mail/PDF: cbp@onemainfinancial.com Jan 04 2018 18:54:57      OneMain Financial,
                 Personal Bankruptcy Dept,    PO Box 6042,    Sioux Falls, SD 57117-6042
4953051         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2018 19:01:24
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4953052         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2018 19:01:24
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
4911153        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 04 2018 19:01:05
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4910376        +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 04 2018 18:56:12
                 Progressive Insurance Company,    c/o Credit Collection,    PO Box 607,    Norwood, MA 02062-0607
4910379         E-mail/Text: bkrcy@ugi.com Jan 04 2018 18:56:09      UGI Central Penn Gas,    PO Box 15426,
                 Wilmington, DE 19886-5426
4910380         E-mail/Text: skorman@uoc.com Jan 04 2018 18:56:11      University Orthopedics Center,
                 101 Regent Court,    State College, PA 16801-7965
4935476        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 04 2018 19:01:05      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 25

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4929733*       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
                                                                                        TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    Harley-Davidson Credit Corp bkgroup@kmllawgroup.com
              Michael   Johnston    on behalf of Debtor 1 Bryson C Haubrick jzmlawbecky@nmax.net
              Michael   Johnston    on behalf of Debtor 2 Christeen M Haubrick jzmlawbecky@nmax.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Bryson C Haubrick**<br>**Christeen M Haubrick**<br>**aka Christeen M Smith**<br>**aka Christeen M Harding** | Chapter: 13 |
| **Debtor(s)** | Case No.: 1:17-bk-01581-HWV |
| **Charles J DeHart, III (Trustee)** | |
| vs. **Movant(s)** | |
| **Bryson C Haubrick**<br>**Christeen M Haubrick**<br>**aka Christeen M Smith**<br>**aka Christeen M Harding** | |
| **Respondent(s)** | |

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

Henry W. Van Eck, Bankruptcy Judge
(KB)

Dated: January 4, 2018

Order Dismissing Case with Parties - Revised 9/17